# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OPTICAL DEVICES, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:13-cv-01527- LPS |
| ) | |
| v. ) | |
| ) | |
| MEDIATEK, INC. AND MEDIATEK USA, ) | **JURY TRIAL DEMANDED** |
| INC., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff Optical Devices, LLC states that its parent company is OD Management Systems, LLC, and that no publicly held corporation owns 10% or more of its equity.

Of Counsel:

William D. Belanger, Esquire
Robert A. Brooks. Esquire
Noah Malgeri, Esquire
Christopher Boundy, Esq.
Pepper Hamilton LLP
19th Floor, High Street Tower
125 High Street
Boston, MA  02110-2736
Tel. No. (617) 204-5100

Goutam Patnaik, Esquire
Pepper Hamilton LLP
Hamilton Square
600 Fourteenth Street, N.W.
Washington, D.C.  20005-2004
Tel. No. (202) 220-1200

Dated:  September 13, 2013

Respectfully submitted,

 /s/ *James G. McMillan III*
Edmond D. Johnson (No. 2257)
James G. McMillan, III (No. 3979)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Tel. No. (302) 777-6500

*Attorneys for Plaintiff Optical Devices, LLC*